UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                                        **Notice of Change of Address**
       -against-                                 **07 Cr. 753 (AKH)**

ANTONIA BETREIZ POLO, et al.,

        Defendants..

---------------------------------------------------------X

       PLEASE TAKE NOTICE, that RICHARD H. ROSENBERG, ESQ., attorney for defendant **ANTONIA BETREIZ POLO**, has relocated his office. The new address and contact information is:

                            Richard H. Rosenberg, Esq.
                            217 Broadway—Suite 707
                            New York, New York 10007-2911
                            Tel: 212-586-3838
                            Fax: 212-962-5037
                            Mobile: 917-576-1446
                            E-mail: richrosenberg@msn.com

       Please update my new address in the Court's docket and direct all future correspondence and notices to my new address.

                                                    Respectfully submitted,
                                                    /s/
                                                    Richard H. Rosenberg
                                                    RR0846

Dated: New York, New York
       April 30, 2008