UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    WAIVER OF INDICTMENT

      - v. -                       :    S3 07 Cr. 753 (AKH)

ANTONIA BETREIZ POLO,
                                    :

             Defendant.       :

- - - - - - - - - - - - - - - - - - -x

      The above-named defendant, who is accused of violating Title 18 [21 struck], United States Code, Section 4 [846 struck], being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Antonia Beatriz Polo
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
       April 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 28 2008