UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

         - v. -                          :

ANTONIA BETREIZ POLO,                       :          INFORMATION

            Defendant.               :          S3 07 Cr. 753 (AKH)

                          :

- - - - - - - - - - - - - - - - x

## COUNT ONE

      The United States Attorney charges:

      1.   From in or about June 2007 through on or about July 12, 2007, in the Southern District of New York, ANTONIA BETREIZ POLO, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the distribution, and possession with intent to distribute, of heroin by another person, unlawfully, willfully, and knowingly did conceal and did not as soon as possible make known the commission of that felony to some judge and other person in civil and military authority under the United States.

      (Title 18, United States Code, Section 4.)

                                _____
                                MICHAEL J. GARCIA
                                United States Attorney