UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. Polo                                                  Docket No. 07 CR 753-08

Petition for Action on Conditions of Pretrial Release

  COMES NOW NATASHA RAMESAR, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Antonia Betreiz Polo who was placed under Pretrial Services supervision by United States Magistrate Judge Michael H. Dolinger on July 23, 2007 with the following conditions:

-$150,000 personal recognizance bond cosigned by 4 financially responsible persons
-Strict Pretrial Services supervision
-Home detention without electronic monitoring
-Drug testing/treatment
-Seek employment
-Surrender of all travel documents/no new applications
-Travel restricted to the Southern and Eastern Districts of NY

On July 27, 2007, the defendant posted bail and was ordered released.

On August 13, 2007, an indictment was filed and this case was assigned to Your Honor for all purposes.

On April 28, 2008, a superseding felony information was filed. On that same date, the defendant appeared before Your Honor for arraignment and entered a guilty plea to count one of the superseding information. A PSI was ordered and sentencing was set for July 28, 2008.

  Respectfully presenting petition for action of Court and for cause as follows:

Since the defendant's release on bail, she has been compliant with the conditions of her release. The defendant has reported as directed, provided all negative drug tests, secured employment, abided by the conditions of home detention and incurred no new arrests. As such, we recommend that the condition of home detention without electronic monitoring be removed. We have discussed the matter with Assistant U.S. Attorney Julian Moore who advised that he has no objection to this modification.

Praying that the Court will modify the defendant's bail to remove the condition of home detention without electronic monitoring.

ORDER OF COURT

Considered and ordered this __19__ day of __May__, 20__08__ and ordered filed and made a part of the records in the above case.

_____
Honorable Alvin K. Hellerstein
U.S. District Judge

Respectfully,

_____
Natasha Ramesar
U.S. Pretrial Services Officer

Approved by,

_____
Regina M. Joyner
Supervising U.S. Pretrial Services Officer

Date: May 13, 2008

cc: Julian Moore, Assistant U.S. Attorney
    Richard Rosenberg, Defense Counsel