UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

       - v. -                    :    ORDER

ANTONIA BETREIZ POLO,                 :    07 Cr. 753 (AKH)

                                    :

             Defendant.            :

- - - - - - - - - - - - - - - - - - - - - x

WHEREAS, with her consent, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on April 28, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and it is further

ORDERED that the defendant will be sentenced on August 1, 2008, at 11:30 a.m.

SO ORDERED:

Dated:    New York, New York
         5/14, 2008

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

MICROFILMED MAY 27 2008 9:00 AM