25/06/2008

Mr.: Honorable Alvin Hellerstein
United States District Court
US Courthouse
500 Pearl Street, New York 1007

Distinguished Judge Hellerstein:

I hereby, with respect, would like to inform you that my name is Antonia Beatriz Polo and my mother's name is Maxima Antonia Nunez. My foster mother's name is Maria Polo. Your Honor, this letter that I write to you is of great importance to me, and I thank you for the opportunity to address you by this method.

I begin by informing you that this problem, this trouble, has greatly affected my life. I never had any problems with the authorities before, as can be verified with the Dominican Republic records. Also, I did not have any
problems in the United States until now. My whole life I have been someone who has studied hard, worked hard, My desire to dedicate myself at improving my life, that is why I wish to continue my studies in the United States. I would say that I am quiet, sincere, wholesome, friendly, dedicated and patient individual. I always had good a relationship and communication with my parents and my family.

We are close as a family and my father raised me and my siblings strictly but softly, He is an upright, honest man. He's always thinking correctly, and he is helpful. He is an American citizen, since many years ago. He has spent his whole life working legitimately for his children and his family. As for myself, I would like to add that I am ill, acid titled high developed a deviation in my spinal column as a result of weakness in my bones. I underwent surgery twice, when I was 13 years old. I'm very interested in trying to achieve the goals I have sent for my life. I would like to live in this country and go to school, work, get married, and make a family -- which is one of my dreams. You honor, I would like to ask you for leniency, compassion and forgiveness for what has occurred. I understand, every human being must be punished for his or her mistakes for the sake of law and justice.

However, I ask for you to be lenient towards me, I asked you to be a just judge and to accept my apologies. My freedom is in God's hands, primarily, but it's secondarily in your hands. The most valuable thing a human being has is freedom,

I would like to end this letter by thanking you.

Sincerely,

Antonia Beatriz Polo


[Translation by Francisco Olivero, a federally certified interpreter.]

Señor: Honorable Alvin K. Hellerstein
Unite state Distric Court
US Court Hose
500 Pearl st N.Y. 10007

25/06/2008

Distinguido Magistrado Hellerstein:

Cortésmente, Por medio de la presente, Mi nombre es Antonia Beatriz Polo, Mis padres Pedro Antonio Polo y mi madre Maxima Antonia Nuñez, Madre de Crianza Dulce Maria Polo. Señor Juez Para mi es de suma importancia esta carta hacia usted, le doy gracias por brindarme la oportunidad de dirigirme a usted por este medio. Comienzo por informarle que todo este problema y comflicto le ha afectado mucho a mi vida inmensamente, Nunca he tenido problemas policiales de los cuales se pueda verificar en los Archivos de la República Dominicana ni en los Estados Unidos hasta haora. Toda mi vida he sido una persona dedicada a mis estudios trabajadora con deseos de superación y dedicación, por lo tanto mi deseo es continuar mis estudios en los Estados Unidos, me considero y me describo como una persona tranquila, sinsera, sana, Amistosa, dedicada y paciente. Siempre he tenido buenas Relación y Comunicación con mis padres y mi familia.

Somos bien unidos y mi padre nos ha criado a mi y mis hermanos estrictamente bajo su regimen, el es una persona debil con sus hijos conocido por ser intachable, honesto, de buenos pensares y servicial, es Ciudadano Americano de los Estados Unidos hace muchos años y toda la vida se a dedicado a trabajar para sus hijos y su familia onestamente. Por otro lado de mi parte le puedo decir qe soy una persona emferma, debido a mi desarrollo desde niña sufri una desbiación en la columna vertebral por causa de debilidad en los huesos y fui operada a los trese (13) años de edad por dos ocaciones, tengo muchos deseos de seguir adelante en las metas que he trasado en mi vida, deseo realizar mi vida en este pais estudiar, trabajar, casarme y formar una familia lo cual es uno de mis sueños. Señor Juez por este medio le pido su consideración, compación y perdón de lo ocurrido, entiendo y comprendo a la vez que cada ser humano por orden de la ley y Justicia debe ser castigado por sus herrores, pero le pido porfavor que tome consideración hacia mi, que sea usted un Juez Justo y asepte mi perdon, por que despues de Dios de usted depende mi libertad, para mi no hay nada más peciado que la libertad de un ser humano. Con este mensaje me despido, le doy gracias, le saluda,

Atentamente:

*Antonia Beatriz Polo*

ABP