Las Guaranas, Municipality of Duarte Province

July 11, 2008.-
Mr.:
Honorable Alvin. K. Hellerstein
United States District Court
Us Court House
500 Pearl St N.Y. 10007

Honorable Judge Hellerstein:

I hereby would like to respectfully inform you that Antonia Polo is an honest and responsible individual. She is a good student, who grew up in the city [sic] of the United States with her parents. Afterwards, she traveled to the Dominican Republic with her father and her mother with the goal of going to school. Antonia Polo went to college at Universidad Catolica Nordestana (UCNE) [Northeastern Catholic University], where she majored in Hospitality and Tourism Management. I can state that Ms. Polo is not a violent individual. She is known to be a wholesome person who treats others well, who doesn't have a criminal record, as can be verified with the records kept by the Dominican Republic.

That is all I have to say.   Best wishes.

Sincerely,


[Signature.]
Maria Hernandez

[Translation by Francisco Olivero, a federally certified interpreter.]

Las Guáranas, Municipio de la Provincia Duarte,
11 de Julio, 2008.-

Señor:
Honorable Alvin. K. Hellerstein
Unite State Distric Court
Us Court Hose
500 Pearl St  N.Y. 10007

Distinguido Magistrado Hellerstein:

Cortésmente, por medio de la presente, le comunico que la joven ANTONIA POLO, es una persona responsable honesta, buena estudiante, se crió en la ciudad de los Estados Unidos con sus padres, luego viajo a la Republica Dominicana con su madre y padre con la finalidad de estudiar, la joven ANTONIA POLO, cursaba sus estudios universitarios en la Universidad Católica Nordestana (UCNE), de Licenciada en **ADMINISTACION DE EMPRESAS TURISTICAS Y HOTELERAS** en donde puedo decir que la Joven Polo no es una persona violenta mas bien es conocida como una persona sana de buen trato y concepto sin antecedentes policiales, de los cuales se puede verificar en los archivos de Republica Dominicana.

Sin otro Particular, por el momento, le saluda,

Atentamente,

Maria Hernández