```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

**DAVID GORDON**
ATTORNEY AT LAW
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075
TEL: (212) 772-6625
FAX: (914) 725-3229

*So ordered as modified below.* 8-14-08
[signature]

August 13, 2008

By Facsimile (212) 805-7942
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

[REC'D stamp: AUG 13 2008, CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

Re: *United States v. Felix Marizan-Brito et al.*
*Maria Eduvigis Polo*
*Antonia Beatreiz Polo*
S1 07 Cr. 753 (AKH)

< 10:30 a.m. at

Dear Judge Castel:

This letter is respectfully request that sentencing in this matter of the above-named two defendants be adjourned from this Friday until Monday, August 25, 2008, at 11:00 a.m., *[handwritten edits]* a date and time that your law clerk said was convenient for your Honor. An adjournment is necessary for my client Maria Eduvigis Polo as I just received the final version of her PSR over the weekend, and because Ms. Polo has not been able to review the report and provide me with letters for your Honor's consideration, as she just gave birth last week.

I have spoken to co-counsel Richard Rosenberg, who advises that his client wishes to be sentenced at the same time as my client, as they are sisters. Mr. Rosenberg has advised me that both he and his client are available at the proposed date and time. Assistant United States Attorney Marshall Camp has advised that I may represent to your Honor that the government has no objection to this application.

Respectfully yours,

*David Gordon*
David Gordon

cc: Marshall A. Camp, Esq.
    Assistant United States Attorney (By facsimile)

    Richard Rosenberg, Esq. (By facsimile)