# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

August 21, 2008

Hon. Alvin K. Hellerstein  
United States District Court  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

**Re: United States v. Antonia Beatreiz Polo**  
**S3 07 CR 753 (AKH)**

Dear Judge Hellerstein:

      Ms. Polo is scheduled to be sentenced on August 25, 2008. Please accept the following letter exhibits (with English translations) as an addendum to the sentencing letter previously submitted to the court on August 5, 2008:

      Exhibit C: Letter dated August 19, 2008 from Maxima Antonia Nunez Hernandez, mother of defendant;

      Exhibit D: Letter dated August 19, 2008 from Esteban and Eduviges Polo, paternal grandparents of defendant;

      Exhibit E. Letter dated August 19, 2008 from Aura Leticia Marte Hernandez, cousin of defendant.

                                            Respectfully submitted,

                                            Richard H. Rosenberg

To: AUSA Marshall Camp  
     Ross Kapitansky, U.S. Probation