**Exhibit C**

August 19, 2008

Distinguished and honorable Judge, I write to you these lines hoping you're well. The reason for this letter is my daughter, Antonia Beatriz Polo Núñez. You would believe that because she is my daughter, I will say good things about her. However, her behavior can be verified. I would like for you to take into account that if my daughter made a mistake, she also is a studious young woman. I would like fot that to be taken into account. She only needs a few more classes to finish her tourism degree here in the Dominican Republic at the Universidad Católica del Nordeste en San Francisco De Macorís [Northeastern Catholic University in San Francisco De Macorís].

She's a good daughter, she's not used to be on the street. She spent her time studying. When I was ill, she would help me. God will repay her. She has been respectful to her father. Sir, my daughter has not had any problems with anyone, least of all of with the law. Please, don't allow her life to become too difficult because of a mistake. I've suffered a lot, if you have children, help her, please. She's a good person, you can corroborate her life. I live in Santo Domingo and cannot be there to help her.

I am a nurse. I never had any problems, nor did my daughter. She has spent her time studying and ill, because she underwent surgery for her column twice. She's a young woman who usually spends her time at home. She was never walking around on her own. Please take into account that I am telling you the honest truth. My daughter is not a problem person. Her father is an irreprochable hard worker and her grandparents are churchgoing people. You could verify that. Please help her, God will repay you.

Sincerely,

Máxima Antonia Núñez Hernández

19-agosto-2008

Distinguido y exelenticimo señor juez espero que al recibir estas líneas se encuentre bien, el motivo de esta es concerniente a la señorita **Antonia Beatriz Polo Núñez**, la cual es mi hija; yo quiero que crea usted que por ser mi hija le hable bien a usted, sino que es comprobable el comportamiento de ella, yo quisiera que usted tome en cuenta si mi hija tubo un error, espero que le tome en cuenta, ella es una joven estudiosa, son pocas las materias que le faltan para terminar la carrera de turismo aquí en republica dominicana en la Universidad Católica del Nordeste en San Francisco De Macorís. Ella es muy buena hija no esta acostumbrada a andar en la calle, su tiempo lo pasaba en sus estudios, cuando yo estaba enferma ella me daba mucho apoyo y se preocupa por mi, dios se lo recompensara, ha sido respetuosa con padre. Señor mi hija nunca ah tenido problemas con nadie menos con la justicia, por favor no dejen que su vida se le complique por un error. Yo eh sufrido mucho si usted tiene hijos por favor ayúdela, que ella es una buena persona compruebe su vida, yo vivo en santo domingo y no puedo estar aya para ayudarle.

Yo soy enfermera nunca eh tenido problemas y mi hija mucho menos, ella ah pasado su tiempo estudiando y enferma por que fue operada dos veces de la columna, ella es una joven de su casa nunca anduvo de su cuenta por favor tenga en cuenta que le hablo con la mas sincera verdad, mi hija no es persona de problema, su padre es un hombre intachable de trabajo y sus abuelos son personas de la iglesia usted lo puede comprobar por favor ayúdela que dios lo recompensara.

*Atentamente,*

*Máxima Antonia Núñez Hernández*