**Exhibit D**

Dear Judge,

We are writing to you about our granddaughter Antonia B. Polo. We hope that the information we provide you will assist in reaching a just decision dealing with the verdict.

Antonia is a very organized, clean, polite, loving, responsible and humble person. She is a person devoted to everything she does and loves her family dearly. She has always been hard working despite her physical condition, which makes it difficult for her. Antonia has twice undergone back surgery, to correct a deviation of her spine. Since then, she has suffered from intense pain on her back and hips. We stress to her that she shouldn't work, because she doesn't enjoy good health or the physical condition required for heavy work. However, she's a hard worker and insists in continuing her work. She has gone to all of her pretrial appointments and complies with all the rules.

We request that at the time of making a decision dealing with the verdict that she and everyone who is concerned about her, specifically her family, be treated with justice. We will be grateful if you show compassion, and, we thank you for the time spent reading this letter.

Sincerely,
Esteban Polo (paternal grandfather)
Eduviges Polo (paternal grandmother)

Estimado juez,

Nos dirigimos a usted con referencia nuestra nieta Antonia B. Polo, esperando que la informacion que le proveamos lo ayude a tomar una justa decision a la hora del veredicto.

Antonia es una persona muy organizada, limpia, educada, amorosa, responsable y muy humilde. Una persona muy dedicada a todo lo que hace y que ama mucho a su familia. Siempre a demostrado ser muy trabajadora a pesar de que su condicion fisica casi no se lo permite. Antonia a sido sometida 2 veces a operaciones de la espalda, para corregir un problema de desviacion en su espinal dorsal, y desde entonces sufre de intense Dolores de espalda y caderas e insistimos en que no deberia de trabajar por que no esta en Buena condicion de salud ni fisica para hacer trabajos tan pesado, pero ella es muy trabajadora e insiste en continuar con su labor. Siempre a cumplido con sus citas a pre-trial y cumple con todo al pie de la regla.

Le pedimos que a la hora de tomar una decision en el veredicto tome una que sea justa para ella y para todos los que nos preocupamos por ella, en especial toda su familia. Agradecemos que tenga compasion y tambien agradecemos el tiempo que se tome en leer esta carta.

Sinceramente

Esteban Polo (Abuelo paterno)

Eduviges Polo (Abuela paterna)