**Exhibit E**

Case 1:07-cr-00753-AKH    Document 98-4    Filed 08/21/2008    Page 1 of 3

August 19, 2008

Distinguished judge

The reason for my letter is the following, I'd like to talk about Antonia Beatriz Polo. I am Aura Leticia Marte, a relative of the aforementioned individual. I would like for you to consider my letter. This young woman got involved in this problem because of a mistake. I can attest to her irreproachable behavior. She has always been a great source of support to me, whether she was in this country or abroad. We grew up together and we are like sisters, we've always supported each other. Also, I would like Your Honor to know that she spent her time studying. I know she's about to finish her school and it was interrupted because she needed to travel in order to get ready. What I mean is that she's a good person, hard-working and studious. I am asking that such a thing be fully taken into account. And that it be fully thought out whether it would be worth it to have a young woman's future go to waste because of a mistake. She wishes to return to their country in the future and finish her degree, to prepare herself for life. Please, also take into account that she is a polite young woman with good values, that she believes in God, that as a result of her illness she has suffered a lot and continues with her struggle. Do not allow that a young woman with so many hopes go to waste as a result of one mistake.

With regards and with respect,

Aura Leticia Marte Hernández    (cousin)

19-agosto-2008

**Distinguido Señor Juez**

En motivo de dirigirme a usted es el siguiente, quiero comentarle sobre la señorita **Antonia Beatriz Polo.** Se dirige a usted **Aura Letica Marte**, que es familiar de la ya mencionada quiero por favor que usted tome en cuenta lo que le escribo a continuación, esta joven se vio involucrada en este problema por error, puedo dar fe de su comportamiento intachable, siempre ha sido un gran apoyo para mi estando en este país o fuera de el, crecimos juntas y somos como hermanas siempre hemos estado apoyándonos las una a las otras. Quiero también que sepa señor juez que su tiempo lo dedicaba a estudio los cuales se en termino y que fueron interrumpido por que tubo que viajar para preparar, con esto le quiero decir que es una persona de bien, trabajadora y estudiosa por lo cual le pido su total consideración, y que piensen también, que no valdría también que el futuro de una joven se tronchara por un error. Ella desea en un futuro volver a su país para terminar su carrera y prepararse en la vida, toma en cuenta también que es una joven educada y con principios, creyente en dios, es una persona que ha sufrido mucho con su enfermedad y aun sigue luchando, no permita usted que una joven con tantas aspiraciones se tronche por un error.

Se despide de usted con mucho respecto:

**Aura Leticia Marte Hernández**     (prima)